IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ELTON SMITH                                                                                    PLAINTIFF

v.                                        No. 3:17-cv-5-DPM

E & S CONTRACTING, INC.;
COASTAL DRILLING EAST, LLC;
and MARK McDANIELS                                                                  DEFENDANTS

### ORDER

This case is related to *Mross v. E & S Contracting, Inc. et al.*, No. 3:16-cv-223-KGB, which Sister Baker has been handling for the last several months. The Court therefore directs the Clerk to reassign this related case to the Honorable Kristine G. Baker, who has agreed to handle both cases to promote judicial efficiency.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 January 2017